UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

Mary Townsend,

Debtor

Case No. 25-40546-nhl
Chapter 13

Assigned to:
Hon. Nancy Hershey Lord
Bankruptcy Judge

---

### ORDER CONFIRMING THAT THE AUTOMATIC STAY DID NOT GO INTO EFFECT UPON THE INSTANT BANKRUPTCY FILING PURSUANT TO 11 U.S.C. SECTION 362(c)(4)

Upon consideration of the unopposed motion (the "Motion") of Wells Fargo Bank, N.A., as Trustee for IMPAC secured Assets Corp., Mortgage Pass-Through Certificates, series 2005-2, (the "Movant"), dated February 26, 2025, for an order pursuant to 11 U.S.C. § 362(c)(4), confirming that the automatic stay did not go into effect, and proof of service upon all necessary parties, and the Court having jurisdiction to consider the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and after the hearing held on April 24, 2025, where counsel for Movant, McCabe, Weisberg & Conway, LLC, by Melissa Sue DiCerbo, Esq. appeared; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED, that the automatic stay did not go into effect upon the instant bankruptcy filing pursuant to 11 U.S.C. § 362(c)(4).

Dated: April 28, 2025
Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge